GEORGE MARCINKO, JR., ET AL., PLAINTIFFS, v. CONRAD SAUER, DEFENDANT.

Submitted January 20, 1932—Decided January 20, 1932.

Before GUMMERE, CHIEF JUSTICE, and Justices TREN-
CHARD and LLOYD.

For the rule, *Thomas L. Hanson.*

*Contra, Henry K. Golenbock.*

PER CURIAM.

This is an automobile accident case. George Marcinko, Jr.,
and his father are the plaintiffs in this suit. The former was
run down and injured by the defendant's automobile while
crossing New Brunswick avenue, in Perth Amboy. At the
time of the accident he was about fifteen years of age. The
case came on to be heard at the Middlesex Circuit Court in
October, 1928, and resulted in a verdict in his favor, the jury
awarding him $300. A rule was applied for on his behalf,
and on the return thereof this court set the verdict aside as
grossly inadequate, and remitted the case for a new trial,
limiting that trial, however, to the question of damages. The
second trial occurred in October, 1930, and the jury at that
trial awarded the infant $4,000. The present rule was sued
out for the purpose of reviewing this verdict, and the conten-
tion is that it should be set aside because it is grossly exces-
sive. Our examination of the proofs leads us to the conclu-
sion that this contention is justified. The injuries received
by this boy were not very serious. At the time of the hap-
pening of the accident he was engaged as a dishwasher in a
restaurant and was receiving as compensation $13 a week.
At the time of the trial he was earning $16 a week; and
he was only absent from work for a comparatively short time
after the happening of the accident.

In our opinion, $2,500 would have been a generous allow-
ance as compensation, and the present rule will be made abso-
lute unless the plaintiffs will consent to a reduction of the
verdict to that amount. If such consent be given, then the
rule to show cause will be discharged. Otherwise, it will be
made absolute.